## INVOICE SUMMARY
## SEPTEMBER 1, 2013

| A | B | C | D |
|---|---|---|---|
| | | Original | |
| No. | Date | Amount | Balance |
| 87486672 | 02/13/13 | $ 18,396.72 | $ 18,396.72 |
| 87524511 | 03/05/13 | $ 17,637.14 | $ 17,637.14 |
| 87531844 | 03/08/13 | $ 1,300.00 | $ 1,300.00 |
| 87557938 | 03/21/13 | $ 17,870.30 | $ 17,870.30 |
| 87588870 | 04/05/13 | $ 17,088.74 | $ 17,088.74 |
| 87595859 | 04/10/13 | $ 1,300.00 | $ 1,300.00 |
| 87620778 | 04/22/13 | $ 16,591.94 | $ 16,591.94 |
| 87659463 | 05/10/13 | $ 1,300.00 | $ 1,300.00 |
| | | $ 91,484.84 | $ 91,484.84 |

EXHIBIT B