# Land O' Lakes Purina Feed LLC

Customer Financial Services  
Ag Credit, MS 5345  
PO Box 64281  
St. Paul MN 55164-0281

Page 1 of 1

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087486672 | |

## INVOICE

**SOLD TO:** 375524  525616

KC DAIRIES LLP  
48612 212TH ST  
ELKTON SD 57026-6716

**SHIP TO:** 375524  525616

KC DAIRIES LLP  
48612 212TH STREET  
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | WIL | | |
| INVOICE NO | INVOICE DATE | LOL CUSTOMER # | REF NO | ORDER DATE | SHIP DATE | CAR/TRUCK NO | CONTRACT/MANIFEST NO | VIA |
| 000087486672 | 02/13/13 | 525616 | 000000 | 02/08/13 | 02/12/13 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED / UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|

```
         Delivery Tues
         Order #: 07046189  SO

0032184  KC DAIRY PROPEL              LB    46,040.0000  D     775.100000                              17,842.80
         MEAL BULK
         Run Allowance (AgS)                             D      -8.000000                                -184.16
         Net Cost 799.162467

              Weight Lbs: 46,040.0000   Tons: 23.0200

         TOTAL ORDER                                                                                   17,658.64

         LESS FULL UNIT DISCOUNT                                                                            0.00
         LESS VOLUME DISCOUNT                                                                              0.00
         LESS DRAFT/EFT DISCOUNT                                                                           0.00
         PLUS FREIGHT & HANDLING                                                                         517.95
         PLUS FUEL SURCHARGE                                                                             220.13

         Payable in US Dollars

         Finance charges will be assessed on past due invoices at 18.000% annual rate
         or the maximum rate permitted by applicable law, whichever is less.

         Payment term discounts only apply to discountable products as indicated by
         a "D" located in the middle column next to "Units Billed".

         If you have questions about this Invoice, please call (800) 999-4482.

              **  THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
              **  YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT.  **
```

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 18,396.72 |

LP1001

**EXHIBIT C**

# Land O' Lakes Purina Feed LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087524511 | |

## INVOICE

**SOLD TO:** 375524   525616

**SHIP TO:** 375524   525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | WIL | | |

| INVOICE NO | INVOICE DATE | LOL CUSTOMER # | REF NO | ORDER DATE | SHIP DATE | CAR/TRUCK NO | CONTRACT/MANIFEST NO | VIA |
|---|---|---|---|---|---|---|---|---|
| 000087524511 | 03/05/13 | 525616 | 000000 | 02/27/13 | 03/01/13 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED | | UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | DELV FRIDAY | | | | | | | |
| | Order #: 07079844 SO | | | | | | | |
| 0037784 | KC DAIRY PRE FRESH R400 MEAL BULK | LB | 5,960.0000 | D | 559.200000 | | | 1,666.42 |
| | Net Cost 591.261744 | | | | | | | |
| 0032184 | KC DAIRY PROPEL MEAL BULK | LB | 40,020.0000 | D | 769.300000 | | | 15,393.69 |
| | Run Allowance (AgS) | | | D | -8.000000 | | | -160.08 |
| | Net Cost 793.362318 | | | | | | | |
| | Weight Lbs: 45,980.0000  Tons: 22.9900 | | | | | | | |
| | TOTAL ORDER | | | | | | | 16,900.03 |
| | LESS FULL UNIT DISCOUNT | | | | | | | 0.00 |
| | LESS VOLUME DISCOUNT | | | | | | | 0.00 |
| | LESS DRAFT/EFT DISCOUNT | | | | | | | 0.00 |
| | PLUS FREIGHT & HANDLING | | | | | | | 517.28 |
| | PLUS FUEL SURCHARGE | | | | | | | 219.84 |

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

Payment term discounts only apply to discountable products as indicated by
a "D" located in the middle column next to "Units Billed".

If you have questions about this Invoice, please call (800) 999-4482.

```
        ** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
        ** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **
```

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 17,637.14 |

LP1001

## Land O' Lakes Purina Feed LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087531844 | |

# INVOICE

**SOLD TO:** 375524  525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

**SHIP TO:** 375524  525616

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | FDMI | | |
| INVOICE NO | INVOICE DATE | LOL CUSTOMER # | REF NO | ORDER DATE | SHIP DATE | CAR/TRUCK NO | CONTRACT/MANIFEST NO | VIA |
| 000087531844 | 03/08/13 | 525616 | 000000 | 03/07/13 | 00/00/00 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED | UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|---|
| Order #: 02458483 SF | | | | | | |
| NUTRSRVFEE  NUTRITIONAL SERVICES FEES  Net Cost 1300.000000  Cons Fee  February 2013  Roger Martens | EA | 1.0000 | 1300.000000 | | | 1,300.00 |
| TOTAL ORDER | | | | | | 1,300.00 |
| LESS FULL UNIT DISCOUNT | | | | | | 0.00 |
| LESS VOLUME DISCOUNT | | | | | | 0.00 |
| LESS DRAFT/EFT DISCOUNT | | | | | | 0.00 |
| PLUS FREIGHT & HANDLING | | | | | | 0.00 |
| PLUS FUEL SURCHARGE | | | | | | 0.00 |

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

Payment term discounts only apply to discountable products as indicated by
a "D" located in the middle column next to "Units Billed".

If you have questions about this Invoice, please call (800) 328-9680.

** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 1,300.00 |

LP1001

# Land O' Lakes Purina Feed LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER ||
| 000087557938 ||

## INVOICE

SOLD TO: 375524  525616

SHIP TO: 375524  525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | WIL | | |
| **INVOICE NO** | **INVOICE DATE** | **LOL CUSTOMER #** | **REF NO** | **ORDER DATE** | **SHIP DATE** | **CAR/TRUCK NO** | **CONTRACT/MANIFEST NO** | **VIA** |
| 000087557938 | 03/21/13 | 525616 | 000000 | 03/15/13 | 03/20/13 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED | | UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | DELV WED-THURS CALL WITH DELV DATE | | | | | | | |
| | Order #: 07105119 SO | | | | | | | |
| 0037784 | KC DAIRY PRE FRESH R400 | LB | 5,980.0000 | D | 557.500000 | | | 1,666.93 |
| | MEAL BULK | | | | | | | |
| | Net Cost 590.351170 | | | | | | | |
| 0032184 | KC DAIRY PROPEL | LB | 40,180.0000 | D | 776.800000 | | | 15,605.91 |
| | MEAL BULK | | | | | | | |
| | Run Allowance (AgS) | | | D | -8.000000 | | | -160.72 |
| | Net Cost 801.650074 | | | | | | | |
| | Weight Lbs: 46,160.0000  Tons: 23.0800 | | | | | | | |
| | TOTAL ORDER | | | | | | | 17,112.12 |
| | LESS FULL UNIT DISCOUNT | | | | | | | 0.00 |
| | LESS VOLUME DISCOUNT | | | | | | | 0.00 |
| | LESS DRAFT/EFT DISCOUNT | | | | | | | 0.00 |
| | PLUS FREIGHT & HANDLING | | | | | | | 519.30 |
| | PLUS FUEL SURCHARGE | | | | | | | 238.88 |

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

Payment term discounts only apply to discountable products as indicated by
a "D" located in the middle column next to "Units Billed".

If you have questions about this Invoice, please call (800) 999-4482.

** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 17,870.30 |

LP1001

## Land O' Lakes Purina Feed LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087588870 | |

# INVOICE

**SOLD TO:** 375524   525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

**SHIP TO:** 375524   525616

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | WIL | | |

| INVOICE NO | INVOICE DATE | LOL CUSTOMER # | REF NO | ORDER DATE | SHIP DATE | CAR/TRUCK NO | CONTRACT/MANIFEST NO | VIA |
|---|---|---|---|---|---|---|---|---|
| 000087588870 | 04/05/13 | 525616 | 000000 | 04/01/13 | 04/04/13 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED | | UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | DELV WED-THURS Order #: 07128204  SO | | | | | | | |
| 0037784 | KC DAIRY PRE FRESH R400 MEAL BULK Net Cost 590.187290 | LB | 5,980.0000 | D | 557.900000 | | | 1,668.12 |
| 0032184 | KC DAIRY PROPEL MEAL BULK Run Allowance (AgS) Net Cost 766.587293 | LB | 39,980.0000 | D D | 742.300000 -8.000000 | | | 14,838.58 -159.92 |
| | Weight Lbs: 45,960.0000  Tons: 22.9800 | | | | | | | |
| | TOTAL ORDER | | | | | | | 16,346.78 |
| | LESS FULL UNIT DISCOUNT LESS VOLUME DISCOUNT LESS DRAFT/EFT DISCOUNT PLUS FREIGHT & HANDLING PLUS FUEL SURCHARGE | | | | | | | 0.00 0.00 0.00 517.05 224.92 |

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

Payment term discounts only apply to discountable products as indicated by
a "D" located in the middle column next to "Units Billed".

If you have questions about this Invoice, please call (800) 999-4482.

** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 17,088.74 |

LP1001

## Land O' Lakes Purina Feed LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

Page 1 of 1

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087595859 | |

# INVOICE

**SOLD TO:** 375524   525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

**SHIP TO:** 375524   525616

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | FDMI | | |
| INVOICE NO | INVOICE DATE | LOL CUSTOMER # | REF NO | ORDER DATE | SHIP DATE | CAR/TRUCK NO | CONTRACT/MANIFEST NO | VIA |
| 000087595859 | 04/10/13 | 525616 | 000000 | 04/09/13 | 00/00/00 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED | UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|---|
| Order #: 02469582  SF | | | | | | |
| NUTRSRVFEE   NUTRITIONAL SERVICES FEES | EA | 1.0000 | 1300.000000 | | | 1,300.00 |
| Net Cost 1300.000000 | | | | | | |
| Consulting Fee   March 2013 | | | | | | |
| Roger Martens | | | | | | |
| TOTAL ORDER | | | | | | 1,300.00 |
| LESS FULL UNIT DISCOUNT | | | | | | 0.00 |
| LESS VOLUME DISCOUNT | | | | | | 0.00 |
| LESS DRAFT/EFT DISCOUNT | | | | | | 0.00 |
| PLUS FREIGHT & HANDLING | | | | | | 0.00 |
| PLUS FUEL SURCHARGE | | | | | | 0.00 |

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate or the maximum rate permitted by applicable law, whichever is less.

Payment term discounts only apply to discountable products as indicated by a "D" located in the middle column next to "Units Billed".

If you have questions about this Invoice, please call (800) 328-9680.

                    ** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE. **
                    ** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 1,300.00 |

LP1001

## Land O' Lakes Purina Feed LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087620778 | |

# INVOICE

**SOLD TO:** 375524  525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

**SHIP TO:** 375524  525616

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| VENDOR NO | SALES CODE | BATCH NO | MKTG CODE | PRICE ZONE | SHIP | PRICE | INVENTORY |
|---|---|---|---|---|---|---|---|
| | | | | | WIL | | |
| **INVOICE NO** | **INVOICE DATE** | **LOL CUSTOMER #** | **REF NO** | **ORDER DATE** | **SHIP DATE** | **CAR/TRUCK NO** | **CONTRACT/MANIFEST NO** | **VIA** |
| 000087620778 | 04/22/13 | 525616 | 000000 | 04/18/13 | 04/22/13 | | | Feed - Delivery |

| PRODUCT/DESCRIPTION | UNIT | D=CASH DISCOUNT APPLIES UNITS BILLED | UNIT PRICE | QUANTITY OR SEASONAL DISCOUNT | FREIGHT | NET EXTENSION |
|---|---|---|---|---|---|---|
| Order #: 07154486 SO | | | | | | |
| 0037784  KC DAIRY PRE FRESH R400 MEAL BULK  Net Cost 595.188019 | LB | 12,020.0000 D | 562.900000 | | | 3,383.03 |
| 0032184  KC DAIRY PROPEL MEAL BULK  Run Allowance (AgS)  Net Cost 762.887456 | LB | 34,120.0000 D  D | 735.600000  -5.000000 | | | 12,549.34  -85.30 |
| Weight Lbs: 46,140.0000  Tons: 23.0700 | | | | | | |
| TOTAL ORDER | | | | | | 15,847.07 |
| LESS FULL UNIT DISCOUNT | | | | | | 0.00 |
| LESS VOLUME DISCOUNT | | | | | | 0.00 |
| LESS DRAFT/EFT DISCOUNT | | | | | | 0.00 |
| PLUS FREIGHT & HANDLING | | | | | | 519.08 |
| PLUS FUEL SURCHARGE | | | | | | 225.80 |

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate or the maximum rate permitted by applicable law, whichever is less.

Payment term discounts only apply to discountable products as indicated by a "D" located in the middle column next to "Units Billed".

If you have questions about this Invoice, please call (800) 999-4482.

```
        ** THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
        ** YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT. **
```

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 16,591.94 |

LP1001

# PURINA ANIMAL NUTRITION LLC

Correspondence Address: DO NOT REMIT PAYMENTS
Customer Financial Services-Ag Credit MS 5345
PO Box 64281
St. Paul MN 55164-0281

## INVOICE

| ACCOUNT # | CUSTOMER # |
|---|---|
| 375524 | 525616 |
| INVOICE NUMBER | |
| 000087659463 | |

SOLD TO: 375524  525616

SHIP TO: 375524  525616

KC DAIRIES LLP
48612 212TH ST
ELKTON SD 57026-6716

KC DAIRIES LLP
48612 212TH STREET
ELKTON, SD 57026

| INVOICE NO | SALES ORDER | INVOICE DATE | ORDER DATE | SHIP DATE | CUSTOMER PO # | SHIP LOCATION | TRANSPORTATION MODE |
|---|---|---|---|---|---|---|---|
| 000087659463 | 2478112 | 05/10/13 | 05/10/13 | 00/00/00 | | FDMI | Feed - Delivery |

| ITEM NUMBER / DESCRIPTION | UNIT | SHIPPED QTY | LIST PRICE | PACKAGED & BULK DISCOUNTS | PROMO DISCOUNTS | OTHER DISCOUNTS | NET PRIOR TO DRAFT | DRAFT DISCOUNT | NET INVOICE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| NUTRSRVFEE NUTRITIONAL SERVICES FEES | EA | 1.000 | 1300.0000 | 0.00 | 0.00 | 0.00 | 1300.0000 | 0.00 | 1300.0000 | 1,300.00 |

Net Cost 1300.000000
    Cons Fee   April 2013
    Roger Martens

This Invoice's Discount Total
Packaged & Bulk Discounts          .00
Promotional Discounts              .00
Other Discounts                    .00
Draft Discounts                    .00
                          -------------
Total                              .00

Payable in US Dollars

Finance charges will be assessed on past due invoices at 18.000% annual rate
or the maximum rate permitted by applicable law, whichever is less.

If you have questions about this Invoice, please call (800) 522-3354.

**  THIS IS A MEMO INVOICE TO DETAIL YOUR PURCHASE.  **
**  YOU WILL RECEIVE A STATEMENT REQUESTING PAYMENT.  **

| | |
|---|---|
| INVOICE SUBTOTAL | 1,300.00 |
| PLUS FREIGHT & HANDLING | 0.00 |
| PLUS FUEL SURCHARGE | 0.00 |
| ADDITIONAL CHARGES/FEES | 0.00 |

***THANK YOU FOR YOUR BUSINESS***
Visit us on the web www.PurinaMills.com or www.LandOLakesInc.com for Invoice Management or Online Ordering 24/7.

| REMIT TO: | TERMS | AMOUNT DUE |
|---|---|---|
| MEMO INVOICE | | 1,300.00 |

LP1010