UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| PURINA ANIMAL NUTRITION, LLC, formerly known as Land O'Lakes Purina Feed, LLC,<br><br>Plaintiff,<br><br>v.<br><br>K.C. DAIRIES, LLP,<br><br>Defendant. | Civ. No. 13-4099-KES<br><br>**MOTION FOR LEAVE TO AMEND DEFENDANT'S ANSWER AND COUNTERCLAIM** |

---

Defendant K.C. Dairies, L.L.P. ("Defendant"), by and through its undersigned attorneys of record, and pursuant to Federal Rule of Civil Procedure 15, hereby moves this Court for an order granting it leave to amend its answer and counterclaim. Because this case is yet in its early stages, granting Defendant leave to amend its answer will not prejudice Plaintiff Purina Animal Nutrition, L.L.C. ("Plaintiff"). Accordingly, Defendant respectfully requests that its motion for leave to amend its answer and counterclaim be granted.

In support of this motion, Defendant relies upon its Brief in Support of Defendant's Motion for Leave to Amend Defendant's Answer and Counterclaim, Exhibit A, attached hereto, which is a copy of Defendant's Proposed Amended Answer to Plaintiff's Complaint and Amended Counterclaims against Plaintiff, Affidavit of Jason R. Sutton, and all the files and records of this action.

Dated this 18th day of February, 2014.

/s/ Paul W. Tschetter
Jason R. Sutton
Paul W. Tschetter

Meghann M. Joyce
BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
P.O. Box 5015
300 S. Main Ave.
Sioux Falls, SD 57117-5015
jrsutton@bgpw.com
pwtschetter@bgpw.com
mmjoyce@bgpw.com
*Attorneys for Defendant K.C. Dairies, LLP*

## CERTIFICATE OF SERVICE

I, Paul W. Tschetter, hereby certify that I am a member of the law firm of Boyce, Greenfield, Pashby & Welk, L.L.P. and that on the 18th day of February, 2014, I electronically filed a Motion for Leave to Amend Defendant's Answer and Counterclaim with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filings to the following attorneys:

- **Jonathan C. Miesen** (JCMiesen@landolakes.com)
- **Shawn M. Nichols** (snichols@cadlaw.com)

/s/ *Paul W. Tschetter*
*Filed Electronically*
Paul T. Tschetter

2