UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

---

| | |
|---|---|
| Purina Animal Nutrition LLC, formerly known as Land O'Lakes Purina Feed LLC, | Case No. 4:13-CV-04099-KES |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| K.C. Dairies, LLP, | |
| Defendant. | |

---

The parties in this case, through their respective undersigned legal counsel, hereby respectfully move the Court for an Order dismissing with prejudice all of the claims and counterclaims that were asserted or that could have been asserted in this case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, but without costs being awarded to either party.

PURINA ANIMAL NUTRITION LLC

Dated: December 4, 2014          By: s/Jonathan C. Miesen
       Jonathan C. Miesen
       Associate General Counsel-Litigation

       4001 Lexington Avenue North
       Arden Hills, MN 55126
       Telephone:    (651) 375-5985
       Facsimile:    (651) 234-0535
       E-mail:   JCMiesen@landolakes.com

                        and

                        CADWELL, SANFORD, DEIBERT & GARRY, LLP

Dated: December 4, 2014        By: s/Shawn Nichols
                                              Shawn Nichols

                                          200 E. 10th Street
                                          Suite 200
                                          P.O. Box 2498
                                          Sioux Falls, SD 57101
                                          Telephone:    (605) 336-0828
                                          Facsimile:    (605) 336-6036
                                          E-mail:   SNichols@cadlaw.com

                        Attorneys for Plaintiff

                        BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.

Dated: December 4, 2014        By: s/Jason R. Sutton
                                              Jason R. Sutton
                                              Paul W. Tschetter
                                              Meghann M. Joyce

                        300 S Main Avenue
                        P.O. Box 5015
                        Sioux Falls, SD 57117-5015
                        Telephone:    (605) 336-2424
                        Facsimile:    (605) 334-0618
                        E-mail:   jrsutton@bgpw.com
                                         pwtschetter@bgpw.com
                                         mmjoyce@bgpw.com

                        Attorneys for Defendant