UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| PURINA ANIMAL NUTRITION, LLC, formerly known as Land O'Lakes Purina Feed LLC,<br><br>Plaintiff,<br><br>vs.<br><br>K.C. DAIRIES, L.L.P.,<br><br>Defendant. | CIV. 13-4099-KES<br><br><br><br>JUDGMENT |

Pursuant to the Joint Motion for Dismissal with Prejudice, it is

ORDERED, ADJUDGED, AND DECREED that all of the claims and counterclaims that were asserted or that could have been asserted in this case are dismissed with prejudice, without costs being awarded to either party.

Dated December 5, 2014.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE